# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JOHNSON and ELIJAH JOHNSON, minors, by and through their mother and guardian ad litem DeJoyce Milhouse, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN DIEGO COUNTY, MAUREEN PERKINS, MATT STEVENS, J. SMITH, and DOES 1-20, <br><br> Defendants. | CASE NO. 05-CV-02233-H (WMC) <br><br> ORDER RE TRIAL SCHEDULE |

On November 7, 2006, the Court held a telephonic status conference with Michael Marrinan, attorney for Plaintiffs Fred and Elijah Johnson, and San Diego County Counsel Morris Hill, who stood in for San Diego County Counsel Ricky Sanchez, who is representing Defendants San Diego County, Maureen Perkins, Matt Smith, and J. Smith. As set forth during the status conference, and confirmed over the phone with Mr. Sanchez soon thereafter, the Court sets the following dates:

1. The pretrial conference is moved from March 5, 2007 to **Monday, March 12, 2007 at 10:30 a.m.**

2. On **Monday, April 23, 2007, at 10:30 a.m.** the Court will hold a hearing on any motions in limine submitted by the parties. Motions in limine

      should be submitted on or before **Monday, March 26, 2007**, and shall otherwise comply with the requirements set forth in the Local Rules for the Southern District of California.

    3.    Each party shall submit proposed jury instructions by **9:00 a.m. on Tuesday, April 24, 2007.**

    4.    The Court sets a trial date for **Tuesday, April 24, 2007 at 9:00 a.m. in Courtroom 13.**

The parties shall mark their exhibits and submit their exhibit lists along with their witness lists to the Court prior to trial in compliance with Local Rule 16.1(f)(2). If any exhibits require a court order for admission through security to the Courthouse, the parties should notify the Court to obtain permission for entry prior to the date of trial.

IT IS SO ORDERED.

DATED: November 8, 2006

                                       /s/ Marilyn L. Huff
                                       MARILYN L. HUFF, District Judge
                                       UNITED STATES DISTRICT COURT

COPIES TO:

Michael R Marrinan
Law Offices of Michael R Marrinan
614 Fifth Avenue
Suite D
San Diego, CA 92101-0694

Ricky R Sanchez
County of San Diego Office of County Counsel
1600 Pacific Highway
Room 355
San Diego, CA 92101-2469