AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

FEB - 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Fred Johnson and Elijah Johnson,

**V.**

**JUDGMENT IN A CIVIL CASE**

San Diego County, Maureen Perkins, Matt Stevens,
J. Smith, and Does 1-20,

**CASE NUMBER:**    05cv2233H(WMC)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants County's motion for summary judgment, and dismisses plaintiff's second cause of action alleging a violation of section 1983 pursuant to County's alleged unlawful policies, customs or habits.................................................................................................................................

| February 1, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

B. Robinson
(By) Deputy Clerk
ENTERED ON February 1, 2007

05cv2233H(WMC)

Dockets.Justia.com