# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Fred Johnson and Elijah Johnson,

V.

San Diego County, Maureen Perkins, Matt Stevens, J. Smith, and Does 1-20,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv2233H(WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants County's motion for summary judgment, and dismisses plaintiff's second cause of action alleging a violation of section 1983 pursuant to County's alleged unlawful policies, customs or habits..........................................................................................................................................

| February 1, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | B. Robinson |
| | (By) Deputy Clerk |
| | ENTERED ON February 1, 2007 |