# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED JOHNSON and ELIJAH JOHNSON, minors, by and through their mother and guardian ad litem, DeJoyce Johnson,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF SAN DIEGO, LISA JENKINS and MAUREEN PERKINS,<br><br>  Defendants. | Case No. 05cv2233-H (WMc)<br><br>**JUDGMENT** |

This action came before the Court for a trial by jury on June 26, 2007. The issues have been tried and the jury rendered the following special verdict on June 29, 2007.

## **SPECIAL VERDICT**

We, the jury in the above entitled action, find the following verdict on the questions submitted to us:

///

///

///

///

1 **Question No. 1:** Did one or more defendants unlawfully detain plaintiff Elijah
2 Johnson and was the unlawful detention a substantial factor in causing him harm?
3 **Answer "yes" or "no"**
4 Lisa Jenkins         Yes
5 Maureen Perkins    Yes
6 **Question No. 2:** Did one or more defendants unlawfully detain plaintiff Fred
7 Johnson and was the unlawful detention a substantial factor in causing him harm?
8 **Answer "yes" or "no"**
9 Lisa Jenkins         Yes
10 Maureen Perkins    Yes
11 **Question No. 3:** Did one or more defendants unlawfully arrest plaintiff Elijah
12 Johnson and was the unlawful arrest a substantial factor in causing him harm?
13 **Answer "yes" or "no"**
14 Lisa Jenkins         Yes
15 Maureen Perkins    Yes
16 **Question No. 4:** Did one or more defendants unlawfully arrest plaintiff Fred
17 Johnson and was the unlawful arrest a substantial factor in causing him harm?
18 **Answer "yes" or "no"**
19 Lisa Jenkins         Yes
20 Maureen Perkins    Yes
21 **Question No. 5:** Did one or more defendants use unreasonable force on
22 plaintiff Elijah Johnson and was the unreasonable force a substantial factor in causing
23 him harm?
24 **Answer "yes" or "no"**
25 Lisa Jenkins         Yes
26 Maureen Perkins    Yes
27 ///
28 ///

1 **Question No. 6:** Did one or more defendants use unreasonable force on plaintiff Fred Johnson and was the unreasonable force a substantial factor in causing him harm?

**Answer "yes" or "no"**

Lisa Jenkins        Yes

Maureen Perkins     Yes

**Question No. 7:** Did one or more defendants falsely arrest plaintiff Elijah Johnson under California law and was the false arrest a substantial factor in causing him harm?

**Answer "yes" or "no"**

Lisa Jenkins        Yes

Maureen Perkins     Yes

**Question No. 8:** Did one or more defendants falsely arrest plaintiff Fred Johnson under California law and was the false arrest a substantial factor in causing him harm?

**Answer "yes" or "no"**

Lisa Jenkins        Yes

Maureen Perkins     Yes

**Question No. 9:** Did one or more defendants commit a battery on plaintiff Elijah Johnson and was the battery a substantial factor in causing him harm?

**Answer "yes" or "no"**

Lisa Jenkins        No

Maureen Perkins     No

**Question No. 10:** Did one or more defendants commit a battery on plaintiff Fred Johnson and was the battery a substantial factor in causing him harm?

**Answer "yes" or "no"**

Lisa Jenkins        No

Maureen Perkins     No

1   **Question No. 11:** Did one or more defendants interfere or attempt to interfere
2   by threats, intimidation or coercion with plaintiff Elijah Johnson's rights protected by
3   the Fourth Amendment to the U.S. Constitution or the laws of California and was this
4   conduct a substantial factor in causing him harm?

   **Answer "yes" or "no"**

   Lisa Jenkins           Yes
   Maureen Perkins        Yes

   **Question No. 12:** Did one or more defendants interfere or attempt to interfere
by threats, intimidation or coercion with plaintiff Fred Johnson's rights protected by
the Fourth Amendment to the U.S. Constitution or the laws of California and was this
conduct a substantial factor in causing him harm?

   **Answer "yes" or "no"**

   Lisa Jenkins           Yes
   Maureen Perkins        Yes

   **Question No. 13:** Were any of the defendants negligent in their actions against
plaintiff Elijah Johnson and was this negligence a substantial factor in causing him
harm?

   **Answer "yes" or "no"**

   Lisa Jenkins           Yes
   Maureen Perkins        Yes

   **Question No. 14:** Were any of the defendants negligent in their actions against
plaintiff Fred Johnson and was this negligence a substantial factor in causing him
harm?

   **Answer "yes" or "no"**

   Lisa Jenkins           Yes
   Maureen Perkins        Yes

///
///

If you answered "yes" to one or more of Questions No. 1 – 14, please answer Question No. 16 as to that plaintiff(s).  If you answered "no" to all of Questions 1 – 14, please have your Presiding Juror date and sign this form.

**Question No. 15:**  What do you find to be the total amount which will compensate either or both plaintiffs for the harm caused by defendant(s)?

Elijah Johnson        $ <u>200,000</u>

Fred Johnson         $ <u>200,000</u>

If you answered "yes" to Question No. 13 or 14, please answer Question No. 16 as to that plaintiff(s).   If you answered "no" to Question No. 13 and 14, please have your Presiding Juror date and sign this form.

**Question No. 16:**  Were plaintiffs Elijah Johnson and/or Fred Johnson also negligent?

**Answer "yes" or "no"**

Elijah Johnson        <u>  No  </u>

Fred Johnson         <u>  Yes  </u>

If you answered "yes" to Question No. 16 as to one or both plaintiffs, please answer Question No. 17 as to that plaintiff(s).  Otherwise, please have your Presiding Juror date and sign this form.

**Question No. 17:**  Was the negligence of plaintiff Elijah Johnson and/or Fred Johnson a cause of injury or damage to that plaintiff?

**Answer "yes" or "no"**

Elijah Johnson        <u>  No  </u>

Fred Johnson         <u>  Yes  </u>

If you answered "yes" to Question No. 17, please answer Question No. 18.  Otherwise, please have your Presiding Juror date and sign this form.

/ / /

/ / /

/ / /

**Question No. 18:** Considering the total amount of a plaintiff(s)' injuries to be 100%, what percentage of these injuries is due to the negligence of the defendant(s) and what percentage of this injury is due to the negligence of a plaintiff?

**Answer:**

| | | |
|---|---|---|
| Defendants | 100 | % |
| Elijah Johnson | 0 | % |
| Other | 0 | % |
| TOTAL | 100 | % |
| | | |
| Defendants | 75 | % |
| Fred Johnson | 25 | % |
| Other | 0 | % |
| TOTAL | 100 | % |

Please have your Foreperson date and sign this form.

DATED:   6/29/07

/s/  Kirk Miller
FOREPERSON

In accordance with the Special Verdict filed on June 29, 2007, the Court finds in favor of plaintiffs Fred and Elijah Johnson on their claims pursuant to 42 U.S.C. § 1983 for unlawful detention, unlawful arrest, and excessive force in violation of the Fourth Amendment, and on their state claims for false arrest, negligence, and violation of section 52.1 of California's Civil Code.  The Court finds in favor of defendants on plaintiffs' claim for battery.

Accordingly, JUDGMENT IS ENTERED AS FOLLOWS:

Judgment is entered in favor of plaintiff Elijah Johnson on his § 1983 claims, and his state claims for false arrest, negligence, and violation of section 52.1 of California's Civil Code, in the amount of $200,000.00 against defendants Lisa
/ / / /

Jenkins and Maureen Perkins, and in favor of defendants Lisa Jenkins and Maureen Perkins on Elijah Johnson's battery claim.

Judgment is entered in favor of plaintiff Fred Johnson on his § 1983 claims and his state claims for false arrest and violation of section 52.1 of California's Civil Code in the amount of $200,000.00 against defendants Lisa Jenkins and Maureen Perkins, and in the amount of $150,000.00 on his state claim for negligence. The $150,000.00 judgment for the negligence claim is incorporated within the $200,000.00 judgment pursuant to the other claims, so that the total judgment in favor of Fred Johnson is $200,000.00. Judgment is entered in favor of defendants Lisa Jenkins and Maureen Perkins on Fred Johnson's battery claim.

The Court awards attorneys' fees and costs as provided by law.

IT IS SO ORDERED.

Dated: August 24, 2007

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT