```
                                                    FILED
                                                  OCT 1 8 2007
                                             CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
                                           BY                     DEPUTY
```

1  MICHAEL R. MARRINAN (SBN 90484)
   Attorney at Law
2  Law Offices of Michael R. Marrinan
   614 Fifth Avenue, Suite D
3  San Diego, CA 92101
   Telephone: (619) 238-6900
4  Facsimile:  (6190 515-0505

5  Attorney for Plaintiffs

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 FRED JOHNSON and                ) Case No. 05cv2233-H (WMc)
   ELIJAH JOHNSON,                 )
11 minors, by and through their    ) ORDER APPROVING
   mother and guardian ad litem,   ) SETTLEMENT AND COMPROMISE
12 DeJoyce Milhouse,               ) OF MINOR'S DISPUTED CLAIM
                                   )
13              Plaintiffs,        )
                                   )
14      vs.                        )
                                   )
15 COUNTY OF SAN DIEGO,            )
   LISA JENKINS and                )
16 MAUREEN PERKINS,                )
                                   )
17              Defendants.        )
                                   )
18

19      1. The verified petition of DeJoyce Milhouse Johnson as guardian ad litem,

20 hereinafter called Petitioner, for approval of the proposed settlement and compromise of

21 minor Elijah Johnson's claim against defendants has been reviewed by the Court. The

22 Court has also reviewed the declaration of plaintiffs' attorney, Michael R. Marrinan.

23      2. This matter went to trial on June 26-28, 2007 before the Honorable Marilyn L.

24 Huff, United States District Judge, and resulted in a verdict in favor of plaintiff Elijah

25 Johnson in the amount of $200,000.00 and a verdict in favor of Plaintiff Fred Johnson in

26 the amount of $200,000.00.

27      3. After post-trial settlement conferences before Magistrate Judge William

28 McCurine the parties agreed to settle this matter upon the terms and conditions provided

1  in a document entitled "Settlement Agreement and Release of All Claims" which has
2  been executed by plaintiffs, their counsel and counsel for all defendants. These terms and
3  conditions include the following: the County of San Diego agreed to pay each plaintiff
4  $200,000.00 as a full settlement of this case. These amounts include all plaintiffs' costs
5  and attorneys fees. Plaintiffs Fred Johnson and Elijah Johnson will each bear their own
6  attorneys' fees, costs and all other expenses in connection with this action. These
7  payments will be made after a Settlement Agreement and Release of All Claims is signed
8  by plaintiffs, their counsel and counsel for the County of San Diego, a request for order
9  vacating and setting aside the judgment entered in this action is executed by counsel and
10 filed with the court, an order vacating and setting aside the judgment entered in this action
11 is issued and entered by the court, a request for dismissal with prejudice of the entire
12 action is executed by counsel and filed with the court, an order of dismissal with
13 prejudice of the entire action is entered by the court, and the issuance and filing of this
14 order approving the minor's compromise.

15   4. The Court finds that it is in the best interests of the minor plaintiff, Elijah
16 Johnson, that his claim be compromised and settled for the amounts stated and that the
17 proceeds of such settlement be paid and distributed in the manner hereinafter provided.
18 The disbursement of the proceeds as set forth herein is hereby approved.

19   Therefore, IT IS HEREBY ORDERED:

20   5. That said compromise and settlement is hereby approved and that upon
21 payment of the sum of $200,000.00 for the benefit of plaintiff Elijah Johnson the County
22 of San Diego and all defendants shall be fully and forever released and discharged of and
23 from all claims, charges and demands of said minor arising from the incident which is the
24 subject of this litigation.

25   6. Petitioner and plaintiffs' attorney Michael R. Marrinan are hereby authorized
26 and directed to execute and deliver to defendants a full, complete, and final settlement
27 agreement, release and discharge of any and all claims and demands of minor Elijah
28 Johnson. Plaintiffs' attorney Michael R. Marrinan is further authorized to execute a joint

motion to vacate the judgment previously entered in this matter as well as a joint motion to dismiss with prejudice this entire action on behalf of minor plaintiff Elijah Johnson.

7. The proceeds of the settlement amount hereby approved shall initially be deposited in the client trust account of attorney Michael R. Marrinan.

8. The Court finds that under the circumstances of this case, including the fact that the case went to trial and resulted in a favorable verdict for said minor, an attorney's fee of forty per cent of said minor's settlement amount is fair and appropriate. Therefore, $80,000.00 (40%) of said minor's $200,000.00 settlement shall be distributed to plaintiff's attorney, Michael R. Marrinan as and for attorney's fees. The Court further finds that $1,436.00 shall be disbursed to attorney Michael R. Marrinan from the settlement proceeds as reimbursement for costs advanced during this litigation.

9. The remaining net settlement amount of $118,564.00 payable for minor Elijah Johnson shall be deposited in an individual "blocked" savings account or other insured interest bearing account at a federally insured bank with DeJoyce Milhouse Johnson, mother of Elijah Johnson, serving as custodian for Elijah Johnson. The depository holding this blocked account shall require presentation of a court order before any funds may be withdrawn. The settlement funds shall be paid directly from Mr. Marrinan's trust account to the aforementioned financial institution.

10. The custodian shall within thirty days file with the court proof of the opening of a blocked account for the benefit of the minor and the deposit of the settlement funds therein. The custodian shall have an appropriate depository official complete the acknowledgment regarding the blocked account, a form of which is attached to this order, and shall file the signed acknowledgment with this court. (The signed acknowledgment will be satisfactory proof as required above.)

IT IS SO ORDERED.

Dated: 10-18-07

Marilyn L. Huff
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

DEPOSITORY ACKNOWLEDGMENT

Receipt is acknowledged of a copy of the attached three page order of the United States District Court for the Southern District of California, in case number 05cv2233- H (WMc) and its contents are noted. A federally insured blocked account has been opened as follows and withdrawals from the account may be made only upon presentation of a court order.

Name of Account:_____

_____

Account Number:_____

Account Type: _____

Amount of Initial Deposit:_____

Present Balance:_____

Date Account Opened:_____

Depository Name:_____

Branch:_____

By:     /s/_____      Date:_____

       (name)_____

       (title)_____

       (telephone number)_____